No. 10–5831. MESSERLY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5833. BOBMANUEL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5834. BOCZKOWSKI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–5835. SMITH *v.* SALAZAR, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5837. SPIWAK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5838. SCHWINDT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5841. NORRIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5842. STOUT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5843. CAMPBELL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–5844. DELGADILLO-GALLEGOS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–5845. CLARK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5848. STURGIS *v.* HAYES ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–5851. STOYER *v.* OHIO DEPARTMENT OF JOB AND FAMILY SERVICES. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 10–5857. WILLIAMS *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 10–5861. JOHNSON *v.* TURCHIN, MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.